This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellant,

v.                                     NO.   30,807

**JOSEPH ANTHONY GARCIA,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Lisa C. Schultz, District Judge**

Gary K. King, Attorney General
Andrew S. Montgomery, Assistant Attorney General
Santa Fe, NM

for Appellant

Law Offices of Michael L. Stout
Michael L. Stout
Las Cruces, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

The State appeals the district court order granting a new trial to Defendant. We proposed to affirm in a calendar notice. In response, the State filed a "Notice of Non-Intention to File Memorandum in Response to Notice of Proposed Summary

Disposition." Therefore, for the reasons discussed in our calendar notice, we affirm.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**



_____
**JONATHAN B. SUTIN, Judge**